ORDERED in the Southern District of Florida on Sept 23, 2009

_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-21796 LMI
CHAPTER 7 CASE

IN RE:

MONICA SUAREZ
AKA MONICA FERNANDEZ

Debtor.
_____/

## ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the court upon Motion for Relief from Stay (Docket #29) filed by **FEDERAL NATIONAL MORTGAGE ASSOCIATION**, a secured creditor, and the Court based on the record, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

UNIT NO. 29B, OF PATHWAYS CONDOMINIUM, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED UNDER OFFICIAL RECORDS BOOK 8569, PAGE 914, AND ANY AMENDMENTS THERETO, AS RECORDEDI N THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO

A/K/A: 5540 SOUTHWEST 78TH ST., #29B, MIAMI, FL 33143

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. ~~The ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that~~ FEDERAL NATIONAL MORTGAGE ASSOCIATION, can ~~pursue its in rem remedies without further delay.~~ /lmi/

###

Prepared by:   LAW OFFICES OF MARSHALL C. WATSON, P.A.
ATTN: CONNIE DELISSER
1800 NORTH WEST 49TH STREET – SUITE #120
FORT LAUDERDALE, FLORIDA 33309

Connie Delisser, Esq., Is directed to furnish a
Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.